United States Courts
Southern District of Texas
FILED

AUG 2 2 2013

David J. Bradley, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Petitioner, | § | |
| v. | § | CRIMINAL NO.   H-10-459 |
| | § | |
| COLLINS M. CEASAR, | § | |
| Respondent. | § | |

## APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Kenneth Magidson, United States Attorney in and for the Southern District of Texas, petitioner herein, and shows to the Court that **COLLINS M. CEASAR DOB:** ████████; **BOP #12452-035**, now duly committed to the custody of the Bureau of Prisons, is a proposed witness in the above-captioned case to speak with prosecutors about the above referenced case in the United States District Court for the Southern District of Texas, Houston Division, on the 29th day of August, 2013, at 9:00 a.m, in Houston, Texas.

Petitioner further represents that the Bureau of Prisons, will release the defendant into the custody of the United States Marshal for the Southern District of Texas or any other authorized United States Marshal, upon this Writ, with the agreement and understanding that after the federal proceedings necessitated by the cause, he is to be returned by the said United States Marshal into the custody of the Bureau of Prisons, where he now stands duly committed by law.