UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO:  4:10-CR-00459-1 |
| | ) | |
| Plaintiff, | ) | CRIMINAL |
| | ) | |
| vs. | ) | Houston, Texas |
| | ) | |
| ELVIRA MADRIGAL-BAZALDUA, | ) | Friday, September 2, 2011 |
| | ) | |
| Defendant. | ) | (10:11 a.m. to 10:17 a.m.) |

STATUS CONFERENCE
(DETENTION STATUS OF MATERIAL WITNESS)

BEFORE THE HONORABLE NANCY K. JOHNSON,
UNITED STATES MAGISTRATE JUDGE

**Appearances:**                    See next page

Interpreter:              Edith Pross

Case Manager:             Paul Yebernetsky

Court Recorder [ECRO]:    Paula Crawford

Transcribed By:           Exceptional Reporting Services, Inc.
                          P.O. Box 18668
                          Corpus Christi, Texas 78480-8668
                          361 949-2988

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

2

**APPEARANCES FOR:**


Plaintiff:                RUBEN PEREZ, ESQ.
                          U.S. Attorney's Office
                          1000 Louisiana, Suite 2300
                          Houston, TX 77002

Defendant:                J.A. (JOE) SALINAS, III, ESQ.
                          12 Greenway Plaza
                          Suite 1100, PMB 121
                          Houston, TX 77046

U.S. Pretrial Services:   Cynthia Moreno

3

**Houston, Texas; Friday, September 2, 2011; 10:11 a.m.**

(Interpreter Utilized for Translation)

(Call to Order)

THE COURT:  Let me next call for initial appearance -- let me call United States versus Elvira Madrigal-Bazaldua.

I apologize for my pronunciation.

MR. PEREZ:  Good morning, your Honor.

THE COURT:  Good morning.

MR. PEREZ:  Ruben Perez for the United States, your Honor.

THE COURT:  All right, ma'am, the Government has alleged that you are a material witness in a criminal action against other individuals; specifically, Wilmar Rene Duran-Gomez, Jose Alberto Bolanos-Garza, Jose Fuentes, Patricia Holguin, and Mauricio Mercado.

Because it is alleged that you are illegally in the United States, they have filed what is called a "material witness affidavit" to secure your appearance as a witness in Court.

Do you understand?

THE MATERIAL WITNESS:  Yes.

THE COURT:  You have the right to be represented by an attorney during your Court appearances.  Do you wish to hire your own attorney or are you asking the Court for appointed

4

Counsel?

THE MATERIAL WITNESS:  I would like an attorney to be appointed.

THE COURT:  And I'm appointing Mr. Salinas to represent you.

Now, Government -- Mr. Perez?

MR. PEREZ:  Yes, your Honor.

THE COURT:  Do you want to tell me why this woman has been in custody since January 31st of this year?

MR. PEREZ:  I know that during the course of the investigation, she was arrested in McAllen, I think, back then. And she's the wife of one of the -- one of the Defendants, your Honor.

And she was in custody.  I lost track of her, your Honor.  I did not know she is in custody.

THE COURT:  I have chewed on the Marshal Service. But, you know, she's your witness too, and you need to maintain -- you know --

MR. PEREZ:  I understand, your Honor.

THE COURT:  So how quickly can -- is it your wish that she remain in custody for trial or is this a deposition and she's --

MR. PEREZ:  What I would like -- I was --

THE COURT:  -- processed.

MR. PEREZ:  I was telling Mr. Salinas, in the

EXCEPTIONAL REPORTING SERVICES, INC

5

interest of justice, I would like to depose her, your Honor. And then keep her here.  But, hopefully, maybe we can try to (indiscernible) into the country or try.

THE COURT:  You should have done that five months ago, Ruben.

MR. PEREZ:  I agree with you -- with the Court, your Honor.

THE COURT:  I mean, this is just not right.  I'm real unhappy about this.

So I will be entering an order --

MR. SPEAKER:  I've got one of these orders, your Honor, which is ten days -- and this regards to the deposition.

THE COURT:  That's not --

MR. SPEAKER:  Okay.

THE COURT:  How quickly can you-all depose her?  I mean, can we do this within the next 20 days and you can make a decision at that time what to do?

MR. PEREZ:  Yes, your Honor.  Yes.

THE COURT:  All right, it's my order that the deposition be set within 20 days, and that something happen within that time frame on parole.

Mr. Salinas, what's your position?

MR. SALINAS:  Your Honor, I had asked Mr. Perez, if it were possible to depose her next week, we'd be willing to expedite it as quickly as possible so that we can see about

6

getting her paroled in.  So --

MR. PEREZ:  I'll try, your Honor.  But, certainly, we can do within 20 days.

THE COURT:  All right, my order is 20 days.  Because they need -- you know, the Government machinery moves slowly.  But 20 days.

MR. SALINAS:  I understand, your Honor.

THE COURT:  All right?

Anything else I need to -- we need to discuss?

MR. PEREZ:  No, your Honor.

THE COURT:  All right, then you may be excused.

MR. SALINAS:  Thank you, your Honor.

(Proceeding concluded at 10:17 a.m.)

7

## CERTIFICATION

I certify that the foregoing is a correct transcript from the electronic sound recording of the proceedings in the above-entitled matter.

_____          **May 5, 2019**

       **Signed**                                **Dated**

*TONI HUDSON, TRANSCRIBER*