UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.   H 10-459-5 |
| PATRICIA HOLGUIN | § | |

## MOTION TO DISMISS THE INDICTMENT AGAINST PATRICIA HOLGUIN

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the United States of America, by and through Alamdar S. Hamdani, United States Attorney for the Southern District of Texas; and Jill Jenkins Stotts, Assistant United States Attorney; and files its Motion to Dismiss the Indictment filed against PATRICIA HOLGUIN in this cause for the following reasons:

The Government has been made aware that Patricia Hogluin is deceased.

ALAMDAR S. HAMDANI
United States Attorney

s/ *Jill Jenkins Stotts*_____
Jill J. Stotts
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NO.   H 10-459-5 |
| PATRICIA HOLGUIN | § | |

ORDER TO DISMISS THE INDICTMENT AGAINST PATRICIA HOLGUIN

Came on to be considered the Government's Motion To Dismiss the Indictment filed against PATRICIA HOLGUIN in this cause and having considered same the Court is of the opinion that it should in all things be granted.   It is hereby

ORDERED that the indictment against Patricia Holguin be dismissed.

IT IS SO ORDERED.

Signed this ____ day of January, 2024 at Houston, Texas.

_____
CHIEF JUDGE KENNETH HOYT
UNITED STATES DISTRICT JUDGE