7-18-2024

JUDGE , KENNETH M. HOYT

United States Courts
Southern District of Texas
FILED

*August 1, 2024*

Nathan Ochsner, Clerk of Court

SU SENORIA CONTODO RESPETO QUE SE MERECE USTED SENORIA Y EL
GOBIERNO DE LOS ESTADOS UNIDOS DE AMERICA , CON LA PRESENTE
CARTA LE PIDO Y LE SUPLICO ME AYUDE CON MI ABOGADO EL SENOR
MERVIN MOSBACKER JR , LE AGRADESCO A USTED SENORIA Y AL
GOBIERNO DE LOS ESTADOS UNIDOS DE AMERICA POR ASIGNARME UN
ABOGADO , ESTOY SEGURO QUE MI ABOGADO ANTES MENCIONADO NO
MERECE EL PAGO QUE SE LE DA POR REPRESENTARME ANTE SU CORTE
SU SENORIA LE ASEGURO QUE NO ES MI INTENCION FALTARLE AL
RESPETO A SU CORTE NI A USTED SU SENORIA POR LO SIGUIENTE LE
PIDO DE FABOR ME QUITE AEEL SENOR MERVIN MOSBACKER JR DE MI
REPRESENTACION , MI FAMILIA ESTA HACIENDO TODO LO POSIVLE
POR COTRATAR UN ABOGADO DE MACALLEN TX QUE ME REPRESENTE
ESPERANDO Y NO CAUSARLE ALGUNA MOLESTIA A SU SENORIA CON
MI PETICCION , TODO ESTE PROBLEMA CON MI ABOGADO ME A
CAUSADO PROBLEMAS SICOLOGICAMENTE Y TENGO MIEDO POR MI
VIDA CON EL SENOR MERVIN MOSBACKER JR , LA RELACION Y LA
CONFIANZA CON MI ABOGADO ANTES MENCIONADO YA NO TIENE
SOLUCION , MI CASO ES DEL 2011 Y HASTA EL DIA DE HOY NO
RECIVO MI SENTENCIA 2024 ESTOY CONCIENTE QUE ES GRAVE MI
CASO Y SE TAMBIEN QUE TIENE SU PROSESO SE QUE HANSURGIDO
CAMBIOS EN EL CASO POR TERCERASPPERSONAS ME ENTERE QUE
YA NO ES EL MISMO FISCAL EL SENOR MERVIN A MI NO ME
PUSO AL CORIENTE DELLOS CAMBIOS  Y NUNCA ME A DICHO
HALGO EN CONCRETO AL CASO EN REPETIDAS OCACIONES POR
MEDIO DE LLAMADA Y TEXTOS LE PIDO QUE PORFABOR ME HAGA LLEGAR
MIS PAPELES LEGALES YO NO TENGO NADA EN MI PERSONA EL NUNCA
ME A MANDADO ALGUNA CARTA O ALGUNA VISITA PARA DECIRME HALGO
SOBRE LO QUE ESTA PASANDO SOLO ME DICE QUE NO SABE NADA DE NADA
 Y ES TODO LO QUE SAVE DECIR MI FAMILIA A VIAJADO DESDE EL VALLE
Y LE PIDEN VERLO Y EL SOLO LES DICE QUE NO HAY PARA QUE IR A SU
OFICINA MI PAREJA EN REPETIDAS OCACIONES LE LLAMA Y LE MANDA
TEXTOS Y TAMPOCO SE LOS CONTESTA POR LO CUAL MI FAMILIA ESTA
DESESPERADA Y SE DAN CUENTA QUE EL SENOR MERVIN NO ME ESTA
REPRESENTANDO CORECTAMENTE Y NO SE COMPORTA PROFECIONALMENTE
EL DIA DE HOY 7-18-2024 MI FAMILIA VIAJO DESDE EL VALLE
PARA ACUDIR A SUS OFICINAS DEL SENOR MERVIN MOSBACKER JR
PERO AL LLAMARLE EL LES CONTESTO Y LES DIJO QUE NO ERA NESESARIO
ACUDIR A SU OFICINA PORQUE NO HAVIA NADA DE QUE HAVLAR POR LO
CUAL SU SENORIA LE PIDO SU AYUDA DE TODO CORAZON EL SENOR
MERVIN COMO PROFECIONAL DEVIO ATENDER A MI FAMILIA PERO
NO FUE ASI MI MAMA Y MI HIJO VIAJARON 6 HORAS DESDE EL VALLE
YTNO LOS ATENDIO , SU SENORIA NO DESEO FALTARLE AL RESPETO
EN NINGUN MOMENTO ,LE PIDO PORFABOR ME DE LA OPORTUNIDAD DE
RECIVIR LA AYUDA DEL ABOGADO QUE MIS FAMILIARES ME PONDRAN EN
MI CASO PARA REPRESENTARME , LE DOY MIL GRASIAS DE MI PARTE Y
DE PARTE DE MI FAMILIA SU SENORIA QUE DIOS LO BENDIGA AL
IGUAL A TODA SU FAMILIA  GRASIAS POR ESCUCHARME SU SENORIA.

JOSE ALBERTO BOLANOS GARZA

4:10cr459

JOSE ALBERTO BOLANOS GARZA
# 61324-179
FEDERAL DETENTION CENTER
P.O.BOX.5262-55
HOUSTON,TX,77052-6255

HOUSTON TX RPDC 773
LEGAL
19 JUL 2024  PM 2  L



7-18-2024

LEGAL

JUDGE ,KENNTH M. HOYT
515 , RUSK ST
HOUSTON,TX, 77002

77002-280594