United States District Court
Southern District of Texas
**ENTERED**
March 04, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| VS. | § | CRIMINAL NO. 4:10-CR-00459-001 |
| | § | |
| WILMAR RENE DURAN-GOMEZ | § | |

## ORDER

The Court, having considered the defendant's unopposed motion to continue the sentencing hearing and the reasons stated therein, hereby GRANTS the motion (Dkt. No. 814). Mr. Duran Gomez's sentencing hearing will be continued to May 1, 2025 at 10:00 a.m.

It is so ORDERED.

SIGNED on March 4, 2025, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge